IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **DESMOND BLAIR,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 5:24-cv-386 (MTT) |
| | ) |
| **TRAVELERS PERSONAL INSURANCE COMPANY,** | ) |
| | ) |
| Defendant. | ) |

## ORDER

Defendant Travelers Personal Insurance Company ("Travelers") moves to compel nonparties Precision Claim Consultants, LLC, and Preferred Claim Solutions, Inc. to produce certain documents. Docs. 24; 25. However, the Court lacks jurisdiction to consider these motions. Under Federal Rule of Civil Procedure 37(a)(2), which governs motions to compel, "[a] motion for an order to a nonparty must be made in the court where the discovery is or will be taken." *See also* Fed. R. Civ. P. 45(d)(2)(B)(i) (Where there are objections to a subpoena, the serving party may only "move the court for the district where compliance is required for an order compelling production."); Fed. R. Civ. P. 45(g) (unless a motion is transferred, only "[t]he court for the district where compliance is required" may hold a noncomplying party or nonparty in contempt). Travelers' subpoenas command the production of the documents at Travelers' counsel's office in Atlanta, which is in the Northern District of Georgia. Docs. 24-3 at 1; 25-3 at 1. Accordingly, Travelers' motions to compel (Docs. 24; 25) are **DENIED for lack of jurisdiction**.

-2-

**SO ORDERED**, this 18th day of August, 2025.

                                              S/ Marc T. Treadwell
                                              MARC T. TREADWELL, JUDGE
                                              UNITED STATES DISTRICT COURT